IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CR-15-14-C |
| JAMES B. HAYNES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Government's Response to Defendant's Motion for Early Termination of Supervised Release (Dkt. No. 5), that motion is DENIED, without prejudice to Defendant's right to reassert the motion no sooner than six months from now.

IT IS SO ORDERED this 12th day of February, 2018.

ROBIN J. CAUTHRON
United States District Judge